**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

DIOR MITCHELL,
 Plaintiff,

v.               Civil Action No. 3:21cv779

UNKNOWN,
 Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on January 19, 2022, the Court conditionally docketed the

plaintiff's action. (ECF No. 2.) On February 22, 2022, the United States Postal Service returned

the January 19, 2022 Memorandum Order to the Court marked, "RETURN TO SENDER," and

"ADDRESSEE NOT IN OUR FACILITY." (ECF No. 3.) Since that date, the plaintiff has not

contacted the Court to provide a current address. The plaintiff's failure to contact the Court and

provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ.

P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

             /s/
           John A. Gibney, Jr.
           Senior United States District Judge

Date: 2 March 2022
Richmond, Virginia